DAVID DELYANNIS v. FORD MOTOR COMPANY.

June 12, 1980.

Petition for certification denied.

P. R. DEBELLIS ENTERPRISES, INC. v. LUMBERMEN'S
MUTUAL CASUALTY CO.

June 12, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. KEVIN FINNERTY.

June 12, 1980.

Petition for certification denied.